IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANACT, INC., | : | MISCELLANEOUS ACTION |
| v. | : | No. 18-214 |
| US PIPELINING, LLC, et al. | : | |

**FILED**
DEC 30 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 30th day of December 2019, upon consideration of Garnishee PSI Pumping Solution's (PSI) Motion for Relief From Judgment, Plaintiff Sanact, Inc.'s opposition thereto, PSI's Reply Brief, and following the parties' presentations at the October 24, 2019, oral argument on the motion, and for the reasons set forth in the accompanying Memorandum, it is ORDERED PSI's Motion (Document 20) is DENIED.

It is further ORDERED PSI's Motion for Leave to File a Reply Brief (Document 24) is GRANTED.

BY THE COURT:

_/s/ Juan R. Sánchez, C.J._
Juan R. Sánchez, C.J.